IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-131
)
LEON CARTER, )
)
    Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 39), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Suppress (Doc. 27) and Amended Motion to Suppress (Doc. 30) are **DENIED**.

SO ORDERED this 29th day of February 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA