IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


UNITED STATES OF AMERICA,       )
                                )
v.                              )       Case No.   CR415-131
                                )
LEON CARTER,                    )
                                )
              Defendant.        )


UNITED STATES OF AMERICA,       )
                                )
v.                              )       Case No.   CR416-353
                                )
LAMETHEUS DOUGLAS,              )
                                )
              Defendant.        )


UNITED STATES OF AMERICA,       )
                                )
v.                              )       Case No.   CR417-90
                                )
MICHAEL ANDERSON,               )
                                )
              Defendant.        )


UNITED STATES OF AMERICA,       )
                                )
v.                              )       Case No.   CR417-217
                                )
HIPOLITO MARTINEZ-              )
  MARTINEZ                      )
              Defendant.        )

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____ M
   10\19 20___
_____
Deputy Clerk

## ORDER

Amy Lee Copeland, counsel of record for defendants in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and  trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this _19th_ day of October 2017.

HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA